# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE<br><br>PLAINTIFF(S)<br><br>v.<br><br>IDYLLWILD ARTS FOUNDATION , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:21−cv−02108−JWH−KK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 12/17/2021 | 3 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The Summons Requests was filed under the incorrect event. The correct event is: Civil Events > Service Documents > Service/Waivers of Summons and Complaints > Summons Request.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

By:  */s/ Jeannine Tillman*
 *jeannine_tillman@cacd.uscourts.gov*
Deputy Clerk

Date: December 21, 2021

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −