Lawrence A. Organ (SBN 175503)
Zarrina Ozari (SBN 334443)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue, San Anselmo, California 94960
Tel.: (415) 453-4740
Email: larry@civilrightsca.com; zarrina@civilrightsca.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JANE DOE, an individual | CASE NUMBER |
|---|---|
| Plaintiff(s), | 5:21−cv−02108−JWH−KK |
| v. | |
| IDYLLWILD ARTS FOUNDATION d/b/a IDYLLWILD ARTS ACADEMY; KEITH LEWIS; and DOES 1-10, inclusive | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____ is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 12/21/2021 | /s/ Zarrina Ozari |
|---|---|
| *Date* | *Signature of Attorney/Party* |

NOTE: **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**